IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA     :
                      :

        v.                :      1:23CR350-1

                      :

MAHMOUD MAZEN ABU-DAMES    :

FILED
OCT 3 0 2023
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By

The Grand Jury charges:

COUNT ONE

From on or about August 23, 2023, continuing up to and including on or about September 27, 2023, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, MAHMOUD MAZEN ABU-DAMES, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

COUNT TWO

On or about the September 1, 2023, in the County of Guilford, in the Middle District of North Carolina, MAHMOUD MAZEN ABU-DAMES did knowingly possess machineguns, those being, four 3D printed drop-in auto sears and a Glock switch, which are parts designed and intended solely and

exclusively for use in converting a weapon into a machinegun; in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT THREE

On or about September 11, 2023, in the County of Guilford, in the Middle District of North Carolina, MAHMOUD MAZEN-ABU-DAMES did knowingly attempt to and did sell and otherwise dispose of a firearm in and otherwise affecting interstate commerce, to wit: a fully-assembled privately made firearm, that is, an AR-15 style pistol, to another person, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, namely, possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) and North Carolina General Statute Section 14-415.1; in violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

## COUNT FOUR

On or about September 11, 2023, in the County of Guilford, in the Middle District of North Carolina, MAHMOUD MAZEN-ABU-DAMES did knowingly attempt to and did sell and otherwise dispose of a firearm in and otherwise affecting interstate commerce, to wit: an Anderson multi caliber handgun, to another person, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, namely, shipping a firearm in interstate or foreign commerce without a license,

2

in violation of Title 18 United States Code, Section 922(a)(1)(A), and alteration, destruction, or removal of a serial number, in violation of North Carolina General Statute Section 14-160.2; in violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

## COUNT FIVE

On or about the September 11, 2023, in the County of Guilford, in the Middle District of North Carolina, MAHMOUD MAZEN ABU-DAMES did knowingly possess machineguns, those being, two 3D printed drop-in auto sears and a Glock switch, which are parts designed and intended solely and exclusively for use in converting a weapon into a machinegun; in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT SIX

On or about the September 20, 2023, in the County of Guilford, in the Middle District of North Carolina, MAHMOUD MAZEN ABU-DAMES did knowingly possess machineguns, those being, two Glock switches, which are parts designed and

3

intended solely and exclusively for use in converting a weapon into a machinegun; in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

DATED: October 30, 2023

SANDRA J. HAIRSTON
United States Attorney

BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL:

FOREPERSON

4